CODY v. DEPT. OF TRANSPORTATION

No. 142 PC.

Case below: 45 N.C. App. 471.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

COLVIN v. SHERMAN

No. 10.

Case below: 46 N.C. App. 348.

Motion of defendants to dismiss plaintiff's appeal allowed 3 June 1980 without prejudice to plaintiff to petition Court of Appeals for writ of certiorari.

DICKENS v. PURYEAR

No. 169 PC.

No. 42 (Fall Term).

Case below: 45 N.C. App. 696.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 June 1980.

FOWLER-BARHAM FORD v. INSURANCE CO. and
FOWLER v. INSURANCE CO.

No. 159 PC.

Case below: 45 N.C. App. 625.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 June 1980.

GAMBLE v. BORDEN, INC.

No. 140 PC.

Case below: 45 N.C. App. 506.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.